# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>FABIAN SANTILLAN (1),<br><br>　　　　　　　　Defendant. | CASE NO. 15CR0621-BEN<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the defenant for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

TITLE 8 U.S.C. §1326.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 27, 2015

　　　　　　　　　　　　　　　　　　Hon. Roger T. Benitez
　　　　　　　　　　　　　　　　　　U.S. District Judge